No. 12–5961.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5968.  RIVERA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5969.  SUNIGA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–5971.  ASHLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5972.  SPIGNER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5975.  ANTONE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–5976.  BUGG v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5977.  BREWER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5979.  ORTIZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–5980.  RODRIGUEZ-CHACON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5987.  BRIGHAM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5988.  COLLINS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–952.  PENNSYLVANIA v. BANKS.  Sup. Ct. Pa.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 11–1094.  MARTEL, WARDEN v. TUITE (Reported below: 460 Fed. Appx. 701); and YATES, WARDEN v. MEROLILLO (663 F. 3d 444).  C. A. 9th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 11–1203.  RUBASHKIN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.